# Elmore County v. Long & Zeigler.

### *Action against County on Allowed Claim.*

1. *County ; on what claim suit against, cannot be maintained.* — Suit cannot be maintained against a county on a claim which has been audited and allowed without reduction.

2. *Same ; remedy to compel payment.* — *Mandamus* will lie, if the commissioners' court refuses to act, to compel the collection of such tax as the law authorizes to pay such claims. After this, if the treasurer fails to pay them in their order, section 930 of the Revised Code furnishes an adequate remedy.

APPEAL from Circuit Court of Elmore.
Tried before Hon. J. Q. SMITH.
The opinion states the case.

WILLIAMS & GADDIS and THOS. H. WATTS, for appellant.

SUTTLE & KYLE, *contra.*

PER CURIAM. — It appears from the complaint that the claim against the county on which suit is founded had been audited and allowed by the court of county commissioners without reduction or abatement. Such claims are not the subject of suit against the county. *Marshall County* v. *Jackson County*, 36 Ala. 613 ; *Covington County* v. *Dunklin & Steiner*, in MS. If the court of county commissioners do not levy a tax, so far as they have the power, to pay such claim, they will be compelled to do so by *mandamus*. If they have exercised their power, and the county treasurer does not pay the claims in their proper order, the statute furnishes an adequate remedy against him and his sureties. Rev. Code, § 930.

　　　　　　The judgment is reversed and the cause remanded.